Barun ACHARYA and Xingen Dong, Appellants,

v.

**Raymond HAUSER and Lonnie E. Holder, Appellees.**

No. 2011–1452.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2012.

Jay R. Campbell, Renner, Otto, Boisselle & Sklar, LLP, of Cleveland, Ohio, argued for appellants. With him on the brief were Don W. Bulson, Todd R. Tucker, Kyle B. Fleming and Nicholas J. Gingo.

Thomas C. McDonough, Neal Gerber & Eisenberg, LLP, of Chicago, Illinois, argued for appellees. With him on the brief was Lawrence E. James, Jr. Of counsel on the brief were Charles L. Gholz and W. Todd Baker, Oblon, Spivak, McClelland, Maier & Neustadt, P.C., of Alexandria, Virginia.

LINN, CLEVENGER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**